UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARYANN CARUSO, as Next Friend
of MEGAN CARUSO, a Minor,

    Plaintiff,

v.

PIZZA HUT OF AMERICA, INC., and
YUM! BRANDS, INC.,

    Defendants.
    _____/

Case No. 10-12242

Hon. John Corbett O'Meara

## ORDER SATISFYING ORDER TO SHOW CAUSE

The court issued an order to show cause on July 14, 2010, because Defendants failed to attach the state court pleadings to their notice of removal. Defendants submitted a response on July 23, 2010, correcting this deficiency. The court concludes that diversity jurisdiction has been properly alleged and that its order to show cause has been satisfied.

**SO ORDERED.**

                s/John Corbett O'Meara
                United States District Judge

Date: August 17, 2010

    I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, August 17, 2010, using the ECF system and/or ordinary mail.

                s/William Barkholz
                Case Manager